No. 256. AMERICAN OIL CO. *v.* METZ ET AL. Jurisdictional statement submitted October 13, 1930. Decided October 20, 1930. *Per Curiam:* On consideration of the motion of the appellee, the Cumberland and Westernport Transit Company, to dismiss the appeal herein, it is ordered that the appeal be, and it is hereby, dismissed for the want of a substantial federal question. *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v. *King,* 260 U. S. 174; *Sugarman* v. *United States,* 249 U. S. 182; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Messrs. Edwin H. Brownley* and *George Henderson* for appellant. *Mr. Walter C. Capper* for appellees.

No. 296. CALDWELL *v.* LOUISIANA. Jurisdictional statement submitted October 13, 1930. Decided October 20, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Atkins* v. *Kansas,* 191 U. S. 207; *Heim* v. *McCall,* 239 U. S. 175; *Crane* v. *New York,* 239 U. S. 195. *Messrs. Henry B. Curtis* and *Luther E. Hall* for appellant. No appearance for appellee.